**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Everardo Rivera-Rodriquez, ) | No. CIV 06-521-PHX-DGC (DKD) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

Plaintiff, an inmate currently confined at Maricopa County Jail, filed a *pro se* Prisoner Civil Rights Complaint on February 17, 2006 (Doc. #1). The Court ordered Defendant Arpaio to answer the Complaint on March 3, 2006 (Doc. #3). In addition, the Court ordered Plaintiff to return the service packet within 20 days. The Court warned Plaintiff that "if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure" (*Id*. at 3). As of this date, Plaintiff has not returned the service packet.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 20 days for his failure to comply with the Court's orders.

DATED this 12th day of April, 2006.

*David G. Campbell*
David G. Campbell
United States District Judge